UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

HIMAL OLI,

              Petitioner,

    v.

MURRAY, et al.,

              Respondents.

No. 1:26-cv-00169-WBS-JDP

MEMORANDUM AND ORDER

----oo0oo----

Petitioner, a native and citizen of Nepal who is being detained in this district by ICE, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Docket No. 1.) The matter was referred to a United States Magistrate Judge pursuant to the local rules of this court.  On May 5, 2026, the assigned Magistrate Judge filed findings and recommendations recommending that the petition be granted.  (See Docket No. 12.) On May 13, 2026, respondents filed objections to the findings and recommendations.  (Docket No. 13.)

1

In contrast to the decisions of other judges of this court, the undersigned judge has consistently held that noncitizens who unlawfully entered the United States, such as petitioner, do not possess a right under the Due Process Clause to a bond hearing prior to being re-detained by immigration authorities.  See J.E.P.M. v. Wofford, No. 1:26-cv-00316 WBS CKD, 2026 WL 125270, at *2 (E.D. Cal. Jan. 16, 2026) (collecting cases).  Thus far, no circuit court has addressed this particular issue.

Accordingly, in keeping with its prior decisions, and for the reasons set forth in its order denying petitioner's motion for temporary restraining order (Docket No. 4), the court will decline to adopt the Magistrate Judge's recommendations.

IT IS THEREFORE ORDERED that petitioner's petition for a writ of habeas corpus (Docket No. 1) be, and the same hereby is, DENIED.

The Clerk of Court is directed to terminate any pending motions and close the case.

IT IS SO ORDERED.

Dated:  May 18, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2